UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

|  |  |  |
|---|---|---|
| WENDY GOSSAGE, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 3:19-cv-00007-GFVT |
| V. | ) ) | |
| FROST-ARNETT COMPANY, *et al.*, | ) ) ) | **ORDER** |
| Defendants. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Plaintiff's Motion for Leave to File First Amended Complaint. [R. 4.] When the Plaintiff filed her original answer, she inadvertently failed to name the proper parties MSN Healthcare Strategies, LLC or MSN Innovative Strategies, LLC. *Id.* The Plaintiff desires to restate her claims against those entities.

Federal Rule of Civil Procedure 15(a)(2) allows parties to amend their pleadings with leave of the Court and instructs the Court to "freely give leave when justice so requires." The United States Supreme Court has read this provision broadly and the Sixth Circuit has recognized that "where the underlying facts would support, a motion for leave to amend should be granted, except in cases of undue delay, undue prejudice to the opposing party, bad faith, dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, or futility." *Duggins v. Steak'n Shake, Inc.*, 195 F.3d 828 (6th Cir. 1999) (citing *Foman v. Davis*, 371 U.S. 178 (1962)).

The Defendant is not prejudiced by this amendment because no discovery or scheduling order has been entered yet. Accordingly, and the Court being sufficiently advised, it is hereby

**ORDERED** that the Plaintiff's Motion for Leave to File First Amended Complaint [R. 4] is **GRANTED**. The Clerk of the Court is **DIRECTED** to file the proposed amended answer [R. 4-1] in the record.

This the 22nd day of February, 2019.

Gregory F. Van Tatenhove
United States District Judge